■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO GOTAY, Appellant. — Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered on May 19, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Silverman, Lynch and Alexander, JJ.

■ In the Matter of BERNARD J. LAFFER, an Attorney. — Respondent suspended from practice as an attorney and counselor at law in the State of New York effective February 16, 1984, and until the further order of this court. Concur — Kupferman, J. P., Sandler, Asch, Bloom and Alexander, JJ.

# (February 21, 1984)

■ SUSAN ZAPPO, Appellant-Respondent, v MICHAEL S. STOWE et al., Respondents-Appellants. — Judgment, Supreme Court, New York County (Burton S. Sherman, J.), entered on November 16, 1982, unanimously reversed, on the law and the facts, and a new trial ordered on the issue of damages only, without costs and without disbursements, unless the defendants, within 20 days after service upon their attorney, of a copy of the order herein, with notice of entry, serve and file in the office of the clerk of the trial court a written stipulation consenting to increase the verdict to $15,000 and to the entry of an amended judgment in accordance therewith. If defendants so stipulate, the judgment, as so amended and increased, is affirmed, without costs and without disbursements. After review of the record, the damages appear to us to be insufficient to the extent indicated. Concur — Murphy, P. J., Sandler, Fein, Milonas and Kassal, JJ.